IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCUS HARRISON | § | |
| | § | |
| VS. | § | Civil Action No. 4:13-CV-00626 |
| | § | (Jury Requested) |
| ADAM COREY ANWEILER AND | § | |
| CITY OF HOUSTON | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Having fully considered **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** and finding that it is meritorious, it is hereby

**ORDERED ADJUDGED AND DECREED** that that the above-styled cause is dismissed without prejudice as to Defendant Anweiler. All costs are taxed against the party incurring same; and it is further

**ORDERED ADJUDGED AND DECREED** that this Order of Dismissal fully and finally disposes of all parties and all claims. Any relief requested by a party that is not expressly granted herein is DENIED. This Order of Dismissal is final and appealable.

SIGNED this **28** day of **Oct**, 2014.

_____
UNITED STATES DISTRICT JUDGE

Order
Solo Page